

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-21-00449-CV

| | | |
|---|---|---|
| IN THE INTEREST OF A.R. AND A.R., CHILDREN | § | On Appeal from the 467th District Court |
| | § | of Denton County (15-10810-16) |
| | § | November 23, 2022 |
| | § | Memorandum Opinion by Justice Womack |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's "Order in Suit to Modify the Parent-Child Relationship" signed on November 29, 2021 (the 2021 Order). It is therefore ordered that the 2021 Order is affirmed.

It is further ordered that appellant G.M. (Mother) shall bear the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By /s/ Dana Womack
Justice Dana Womack